

# THE THIRTEENTH COURT OF APPEALS

13-18-00156-CV

Wulchin Land L.L.C., a Texas Limited Liability Company
v.
Sharon Marie Schulz Ellis, Individually and as Independent Executrix and Testamentary Trustee of the Estate of John T. Schulz Jr. and Independent Executrix of the Estate of Mary Deane Schulz; John T. Schulz III; Jeffrey E. Schulz; Robert P. Schulz; Paul J. Schulz; Thomas R. Forehand, Individually and d/b/a Forehand Title Company; Schneider & McWilliams, P.C.; and Michael Sartori

On Appeal from the
343rd District Court of Live Oak County, Texas
Trial Court Cause No. L-14-0215-CV-C

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the judgment of the trial court should be affirmed in part and reversed in part, and the case should be remanded to the trial court. The Court orders the judgment of the trial court AFFIRMED IN PART and REVERSED IN PART, and the case REMANDED for further proceedings consistent with its opinion. Costs of the appeal are adjudged 50% against appellant and 50% against appellees.

We further order this decision certified below for observance.

March 19, 2020